IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 20 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Clyde Whitehouse

    Plaintiff,

v.

Medical Technology Resources, Inc., et al

    Defendants.

CASE NO. 1:09-cv-1181-GET

### ORDER

The undersigned hereby RECUSES himself from further participation in this action. The Clerk is DIRECTED to reassign this case in accordance with the Internal Operating Procedures of this Court, and to notify all parties.

**SO ORDERED**, this 20th day of May, 2009.

/s/ G. Ernest Tidwell

_____
G. ERNEST TIDWELL, JUDGE
UNITED STATES DISTRICT COURT