# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

404-215-1600

May 29, 2009

William P. Lang
Attorney at Law
1300 West Ninth Street, # 1301
Cleveland, OH 44113

Re:   Clyde Whitehouse v. Medical Technology Resources, Inc. et al
      1:09-cv-1181-CAP
      Your client: Clyde Whitehouse

Dear Mr. Lang:

You are listed as counsel in the referenced case. As an out-of-state attorney who is not a member of the Bar of this Court, you must be admitted *pro hac vice* (Local Rule 83.1). Applications for Admission Pro Hac Vice in all cases, both civil and criminal, should be filed electronically by local counsel. Credit card payment of the $150 application fee must be made concurrent with the filing of the completed application.

A *pro hac vice* application is available on our Courts web site at www.gand.uscourts.gov.

If you decide not to complete the application, you must file a (1) motion to withdraw identifying therein the attorney who will represent the party or (2) notice of substitution of counsel.

**This is the only notice you will receive**; after 30 days and no response, the status of your admission will be brought to the attention of the assigned judge.

Direct all correspondence or any questions you may have to Judith Motz at 404-215-1600.

Sincerely yours,

s/Judith Motz

Judith Motz for
James N. Hatten

JNH:jm